EXHIBIT C

EXHIBIT C

*April 60%*

Subcontractor:

«Caspian VECO Limited»
Address: 32 Kommunistichesky Prospect st., Yuzhno-Sakhalinsk, 693000
C/a  40807810800005599512
Bank: ABN AMRO Bank Yuzhno-Sakhalinsk
C/a: 30101810900000000006
Bank identification code: 044525217

TIN/KPR 9909124151650151001

General Contractor:

«NK «Rosneft»-NTC», LLC
Address:54 Krasnaya St., Krasnodar, 350610
C/a 40702810500030000170
Bank: VBRR, JSC affiliate in Krasnodar
C/A: 30101810100000000521
Bank identification code: 040349521

TIN/KPP 2310095896/231001001

## ACT № 010 dated "____" _____th, 2007

### of deliverables acceptance under contract 01-06/06
### for the period of March, 26 th – April, 29 th 2007

**"Vancor oil field development with oil export system and tie-in facility to Transneft main pipeline"**
(project name)

We, signed below, the General Contractor «NK Rosneft-NTC», LLC, represented by Kondratyev Nicolay Alexsandrovich, acting on the basis of the Charter, on the one part, and the Subcontractor «Caspian VECO Limited», LLC represented by Margarita Ivanova acting on the basis of POA, on the other part, have concluded this Act to the effect that Subcontractor delivered and General Contractor accepted work results - the design estimate documentation for the period of March, 26 th – April, 29 th 2007.

The cost of performed work for the said period is $ 5 261 866,11 (Five millions two hundred sixty one thousand eight hundred sixty six US dollars and 11 cents), VAT is — $ 947 135,90 (Nine hundred forty seven thousand hundred thirty five US dollars and 90 cents). The total cost of the performed work is $ 6 209 002,01 (Six millions two hundred nine thousand two US dollars and 01 cents).

Subject to payment: $ 6 209 002,01 US dollars, including VAT $ 947 135,90 US dollars.

The performed work cost calculation is attached.

| | Total cost, USD | Completed services for reporting period, USD | Completed services for all work period, USD | Acts signed, USD | Submitted to be signed, USD |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Cost of services | 87 052 325,00 | 5 261 866,11 | 36 983 981,20 | 31 722 115,09 | 36 983 981,20 |
| Also: | | | | | |
| VAT 18 % | 15 669 418,50 | 947 135,90 | 6 657 116,62 | 5 709 980,73 | 6 657 116,62 |
| Total: | 102 721 743,50 | 6 209 002,01 | 43 641 097,82 | 37 432 095,81 | 43 641 097,82 |

Delivered:
Subcontractor
«Caspian VECO Limited»

_____ Ivanova M.
Stamp

Accepted:
General Contractor
«NK «Rosneft»-NTC», LLC
General Director

_____ Kondratyev N.A.

*May 60%*

Subcontractor:                                                  General Contractor:

«Caspian VECO Limited»                                         «NK «Rosneft»-NTC», LLC
Address: 32 Kommunisticheski Prospect st., Yuzhno-Sakhalinsk, 693000   Address: 54 Krasnaya St., Krasnodar, 350610
C/a: 40807810500000589512                                      C/a: 40702810500030000170
Bank: ABN AMRO Bank Yuzhno-Sakhalinsk                          Bank: VBRR, JSC affiliate in Krasnodar
C/a: 30101810900000000000                                      C/A: 30101810100000000621
Bank identification code: 044525217                            Bank identification code: 040349521

TIN/KPP: 6509124151/650151001                                  TIN/KPP 2310095895/231001001

## ACT № 011 dated "___" ___ th, 2007
### of deliverables acceptance under contract 01-05/06
### for the period of April, 30 th – May, 27 th 2007

"Vancor oil field development with oil export system and tie-in facility to Transneft main pipeline"
(project name)

We, signed below, the General Contractor «NK Rosneft NTC», LLC, represented by Kondratyev Nicolay Alexsandrovich, acting on the basis of the Charter, on the one part, and the Subcontractor «Caspian VECO Limited», LLC represented by Margarita Ivanova acting on the basis of POA, on the other part, have concluded this Act to the effect that Subcontractor delivered and General Contractor accepted work results – the design/estimate documentation for the period of April, 30 th – May, 27 th 2007.

The cost of performed work for the said period is $ 4 478 412.27 (Four million four hundred seventy eight thousand four hundred twelve US dollars and 27 cents). VAT is – $ 806 114.21 (Eight hundred six thousand hundred fourteen US dollars and 21 cents). The total cost of the performed work is $ 5 284 526.48 (Five millions two hundred eighty four thousand five hundred twenty six US dollars and 48 cents).

Subject to payment: $ 5 284 526.48 US dollars, including VAT - $ 806 114.21 US dollars.

The performed work cost calculation is attached.

| | Total cost, USD | Completed services for reporting period, USD | Completed services for all work period, USD | Acts signed, USD | Submitted to be signed, USD |
|---|---|---|---|---|---|
| Cost of services | 87 052 325.00 | 4 478 412.27 | 41 462 393.27 | 31 722 115.09 | 41 462 393.27 |
| Also | | | | | |
| VAT 18 % | 15 669 418.50 | 806 114.21 | 7 463 230.82 | 5 709 980.72 | 7 463 230.82 |
| Total | 102 721 743.50 | 5 284 526.48 | 48 925 624.09 | 37 432 095.81 | 48 925 624.09 |

Delivered:                                                     Accepted:
Subcontractor                                                  General Contractor
«Caspian VECO Limited»                                         «NK «Rosneft»-NTC», LLC
Director                                                       General Director

_____ Ivanova M.                                     _____ Kondratyev N.A.