EXHIBIT D

EXHIBIT D

Apr. 1 40%

| Наименование исполнителя | Наименование заказчика |
|---|---|
| **Пред-во "Каспиан Веко Лимитед"** | **ООО "НК"Роснефть"-НТЦ "** |
| Адрес: г. Южно-Сахалинск, Коммунистический пр., 32 | Адрес: 350610, Краснодар, ул. Красная,54 |
| Р/с: 40807810600005599612 | Р/с: 40702810500030000170 |
| Банк: ABN AMRO Bank г. Ю-Сахалинск | Банк: Филиал ОАО "ВБРР" г.Краснодаре |
| К/с: 30101810900000000000 | К/с: 30101810100000000521 |
| БИК: 044525217 | БИК: 040349521 |
| ИНН/КПП:9909124151/650151001 | ИНН/КПП 2310095895\231001001 |

АКТ № 010-1 от " 31 " октября 2007 г.

сдачи-приемки выполненных объёмов работ по Договору № 01-06/06 от 09.06.2006 г.
за период с 26 марта по 29 апреля 2007 г.

«Обустройство Ванкорской группы месторождений с системой внешнего транспорта нефти и
сооружениями узла подключения к системе магистральных нефтепроводов ОАО «АК «Транснефть»

(наименование объекта)

Мы, нижеподписавшиеся, представитель Генподрядчика ООО «НК «Роснефть»-НТЦ», в лице Кондратьева Николая Александровича, действующего на основании Устава, с одной стороны, и представитель Субподрядчика «Каспиан ВЕКО Лимитед», в лице Ивановой Маргариты Александровны, действующей на основании доверенности, с другой стороны, составили настоящий акт сдачи-приемки выполненных работ в том, что Субподрядчик сдал, а Генподрядчик принял результаты работ - разработка рабочей документации по проекту "Ванкор" за период с 26 марта по 29 апреля 2007 г.

Стоимость выполненных работ за указанный период составила 2 799 313,32 (два миллиона семьсот девяносто девять тысяч триста тринадцать и 32 сотых) долл. США, сумма НДС составляет - 503 876,40 (пятьсот три тысячи восемьсот семьдесят шесть и 40 сотых) долл.США. Итоговая стоимость выполненных работ составила 3 303 189,72 (три миллиона триста три тысячи сто восемьдесят девять и 72 сотых) долл.США.

Выплате подлежит сумма 3 303 189,72 долл.США, в том числе НДС 503 876,40 долл.США.

Расчет стоимости выполненных работ прилагается.

| | Общая стоимость, долларов США | Выполнено за отчетный период, долларов США | Выполнено всего с начала работ, долларов США | Подписано актов, долларов США | Предъявлено к подписи долларов США |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Стоимость работ: | 87 052 325,00 | 2 799 313,32 | 39 783 294,52 | 36 983 981,20 | 39 783 294,52 |
| Кроме того: | | | | | |
| НДС 18 % | 15 669 418,50 | 503 876,40 | 7 160 993,01 | 6 657 116,62 | 7 160 993,01 |
| Всего: | 102 721 743,50 | 3 303 189,72 | 46 944 287,53 | 43 641 097,82 | 46 944 287,53 |

Результаты работ, принятые по настоящему акту могут быть уточнены сторонами по результатам сверки фактически выполненных объёмов работ.

Работу сдал:                                    Работу принял:
Исполнитель                                   Генподрядчик
Представительство "Каспиан ВЕКО Лимитед"        ООО "НК"Роснефть"-НТЦ "
Директор                                      Генеральный директор

_____ Иванова М.А.             _____ Кондратьев Н.А.

М.П.

| Subcontractor: | General Contractor: |
|---|---|
| «Caspian VECO Limited» | «NK «Rosneft»-NTC», LLC |
| Address: 32 Kommunisticheski Prospect st., Yuzhno-Sakhalinsk, 693000 | Address: 54 Krasnaya St., Krasnodar, 350610 |
| C/a: 40807810600005599512 | C/a 40702810500030060170 |
| Bank: ABN AMRO Bank Yuzhno-Sakhalinsk | Bank: VBRR, JSC affiliate in Krasnodar |
| C/A: 30101810900000000000 | C/A 30101810100000000521 |
| Bank identification code: 044525217 | Bank identification code 040349521 |
| TIN/KPP: 9909124151/650151001 | TIN/KPP 2310095695\231001001 |

ACT № 010/1 dated _____ "\_\_\_" th, 2007

of deliverables acceptance under contract 01-06/06
for the period of March, 26 th – April, 29 th 2007

"Vancor oil field development with oil export system and tie-in facility to Transneft main pipeline"
(project name)

We, signed below, the General Contractor «NK Rosneft NTC», LLC, represented by Kondrateyv Nicolay Alexsandrovich, acting on the basis of the Charter, on the one part, and the Subcontractor «Caspian VECO Limited», LLC represented by Margarita Ivanova acting on the basis of POA, on the other part, have concluded this Act to the effect that Subcontracotor delivered and General Contractor accepted work results - the design/estimate documentation for the period of March, 26 th - April, 29 th 2007.

The cost of performed work for the said period is $ 2 799 313,32 (Two millions seven hundred ninty nine thousand three hundred thirteen US dollars and 32 cents) , VAT is - $ 503 876,40 (Five hundred three thousand eight hundred seventy six US dollars and 40 cents). The total cost of the performed work is $ 3 303 189,72 (Three millions Three hundred three thousand one hundred eighty nine US dollars and 72 cents).

Subject to payment: $ 3 303 189,72 US dollars, including VAT $ 503 876,40 US dollars.

The performed work cost calculation is attached.

| | Total cost, USD | Completed services for reporting period, USD | Completed services for all work period, USD | Acts signed, USD | Submitted to be signed, USD |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 4 | 6 |
| Cost of services: | 87 052 325,00 | | 39 783 294,52 | 36 983 981,20 | 39 783 294,52 |
| Also: | | | | | |
| VAT 18 % | 15 669 418,50 | 503 876,40 | 7 160 993,01 | 6 657 116,62 | 7 160 993,01 |
| Total: | 102 721 743,50 | 3 303 189,72 | 46 944 287,53 | 43 641 097,82 | 46 944 287,53 |

Результаты работ, принятые по настоящему акту могут быть уточнены сторонами по результатам сверки фактически выполненных объёмов работ.

| Delivered: | Accepted: |
|---|---|
| Subcontractor | General Contractor |
| «Caspian VECO Limited» | «NK «Rosneft»-NTC», LLC |
| Director | General Director |
| | _____ Kondrateyv N.A. |
| Stamp | Stamp |

Наименование исполнителя:

**Пред-во "Каспиан Веко Лимитед"**
Адрес: г. Южно-Сахалинск, Коммунистический пр., 32
Р/с: 40807810600005599512
Банк: ABN AMRO Bank г. Ю-Сахалинск
К/с: 30101810900000000000
БИК: 044525217

ИНН/КПП: 9909124151/650151001

Наименование заказчика:

**ООО "НК"Роснефть"-НТЦ"**
Адрес: 350610, Краснодар, ул. Красная, 54
Р/с: 40702810500030000170
Банк: Филиал ОАО "ВБРР" г. Краснодаре
К/с: 30101810100000000521
БИК: 040349521

ИНН/КПП 2310095895\231001001

## АКТ № 011/1 от "31" мая 2007 г.

### сдачи-приемки выполненных объемов работ по Договору № 01-06/06 от 08.06.2006 г.
### за период с 30 апреля по 27 мая 2007 г.

«Обустройство Ванкорской группы месторождений с системой внешнего транспорта нефти и сооружениями узла подключения к системе магистральных нефтепроводов ОАО «АК «Транснефть»»

(наименование объекта)

Мы, нижеподписавшиеся, представитель Генподрядчика ООО «НК «Роснефть»-НТЦ», в лице Кондратьева Николая Александровича, действующего на основании Устава, с одной стороны, и представитель Субподрядчика «Каспиан ВЕКО Лимитед», в лице Ивановой Маргариты Александровны, действующей на основании доверенности, с другой стороны, составили настоящий акт сдачи-приемки выполненных работ в том, что Субподрядчик сдал, а Генподрядчик принял результаты работ - разработка рабочей документации по проекту "Ванкор" за период с 30 апреля по 27 мая 2007 г.

Стоимость выполненных работ за указанный период составила 2 047 155,62 (два миллиона сорок семь тысяч сто пятьдесят пять и 62 сотых) долл. США, сумма НДС составляет - 368 488,01 (триста шестьдесят восемь тысяч четыреста восемьдесят восемь и 01 сотых) долл. США. Итоговая стоимость выполненных работ составила 2 415 643,63 (два миллиона четыреста пятнадцать тысяч шестьсот сорок три и 63 сотых) долл. США.

Выплате подлежит сумма 2 415 643,63 долл.США, в том числе НДС 368 488,01 долл.США.

Расчет стоимости выполненных работ прилагается.

| | Общая стоимость, долларов США | Выполнено за отчетный период, долларов США | Выполнено всего с начала работ, долларов США | Подписано актов, долларов США | Предъявлено к подписи, долларов США |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Стоимость работ | 87 052 325,00 | 2 047 155,62 | 46 308 862,41 | 41 462 393,47 | 46 308 862,41 |
| Кроме того: | | | | | |
| НДС 18 % | 15 669 418,50 | 368 488,01 | 8 335 595,23 | 7 463 230,82 | 8 335 595,23 |
| Всего: | 102 721 743,50 | 2 415 643,63 | 54 644 457,64 | 48 925 624,29 | 54 644 457,64 |

Результаты работ, принятые по настоящему акту могут быть уточнены сторонами по результатам сверки фактически выполненных объемов работ.

Работу сдал:
Исполнитель
Представительство "Каспиан ВЕКО Лимитед"
Директор

_____ Иванова М.А.

Работу принял:
Генподрядчик
ООО "НК"Роснефть"-НТЦ"
Генеральный директор

_____ Кондратьев Н.А.

Subcontractor:

«Caspian VECO Limited»
Address: 32 Kommunisticheski Prospect st., Yuzhno-Sakhalinsk, 693000
C/a: 40807810800005599512
Bank: ABN AMRO Bank Yuzhno-Sakhalinsk
C/a: 30101810900000000006
Bank identification code: 043525217

TIN/KPP: 9909124151/650151001

General Contractor:

«NK «Rosneft»-NTC», LLC
Address: 54 Krasnaya St., Krasnodar, 350610
C/a: 40702810500030000170
Bank: VBRR, JSC affiliate in Krasnodar
C/A: 30101810100000000521
Bank identification code: 040349521

TIN/KPP: 2310095895/231001001

ACT № 011/1 dated October "31" th, 2007

of deliverables acceptance under contract 01-06/06
for the period of April, 30 th - May, 27 th 2007

"Vancor oil field development with oil export system and tie-in facility to Transneft main pipeline"
(project name)

We, signed below, the General Contractor «NK Rosneft NTC», LLC, represented by Kondrateyv Nicolay Alexsandrovich, acting on the basis of the Charter, on the one part; and the Subcontractor «Caspian VECO Limited», LLC represented by Margarita Ivanova acting on the basis of POA, on the other part, have concluded this Act to the effect that Subcontracotor delivered and General Contractor accepted work results - the design/estimate documentation for the period of April, 30 th - May, 27 th 2007.

The cost of performed work for the said period is $ 2 047 155,62 (Two million fourty seven thousand one hundred fifty five US dollars and 62 cents), VAT is - $ 368 488,01 (Three hundred sixty eight thousand four hundred eighty eight US dollars and 01 cents). The total cost of the performed work is $ 2 415 643,63 (Two millions four hundred fifteen thousand six hundred fourty three US dollars and 63 cents).

Subject to payment: $ 2 415 643,63 US dollars, including VAT $ 368 488,01 US dollars.

The performed work cost calculation is attached.

|  | Total cost, USD | Completed services for reporting period, USD | Completed services for all work period, USD | Acts signed, USD | Submitted to be signed, USD |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 4 | 6 |
| Cost of services: | 87 052 325,00 | 2 047 155,62 | 46 308 862,41 | 41 482 393,47 | 46 308 862,41 |
| Also: |  |  |  |  |  |
| VAT 18 % | 15 669 418,50 | 368 488,01 | 8 335 595,23 | 7 463 230,82 | 8 335 595,23 |
| Total: | 102 721 743,50 | 2 415 643,63 | 54 644 457,64 | 48 925 624,29 | 54 644 457,64 |

Work results (Deliverables) as accepted under this Act can be adjusted by the Parties upon verification of actually executed work scope based on reconciliation reports.

Delivered:
Subcontractor
«Caspian VECO Limited»
Director Representative

_____ Ivanova M.A.

Accepted:
General Contractor
«NK «Rosneft»-NTC», LLC
General Director

_____ Kondrateyv N.A.