| | | | |
|---|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>02/24/2009 11:00 AM | | To | Paula McNabb/WAWD/09/USCOURTS@USCOURTS |
| | | cc | |
| | | bcc | |
| | | Subject | Fw: VC Sellers Reserve v. CH2M HILL Companies |

C09-0236RSL.   Receipt #: SEA24157.   S/iss.

~donna

----- Forwarded by Donna M Jackson/WAWD/09/USCOURTS on 02/24/2009 11:00 AM -----



| | | | |
|---|---|---|---|
| "Colleen Hickman"<br><HickC@foster.com><br>02/23/2009 04:43 PM | | To | <newcases.seattle@wawd.uscourts.gov> |
| | | cc | |
| | | Subject | FW: VC Sellers Reserve v. CH2M HILL Companies |

---

**From:** Colleen Hickman
**Sent:** Monday, February 23, 2009 3:16 PM
**To:** 'newcases.seattle@wawd.courts.gov'
**Subject:** VC Sellers Reserve v. CH2M HILL Companies

Dear Clerk,

Attached are the initial documents, Civil Cover Sheet, Summons (2), and Complaint with attachments A-F, for filing in the referenced matter.  It is our understanding that you will contact us for payment.  Upon payment you will issue the Summonses.

*Colleen Hickman*
*Legal Assistant for John "Jack" P. Zahner,*
*Manny Jacobowitz and Jay Donovan*
FOSTER PEPPER PLLC
1111 Third Avenue Suite 3400
Seattle, WA  98101
*Phone: 206-447-2720*

       
USDC - Civil Cover Sheet.pdf   Summons Agent.pdf   Summons McIntire.pdf   Complaint.pdf   Ex F .pdf   Ex A .pdf   Ex B .pdf   Ex C .pdf


Ex D .pdf   Ex E .pdf